CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 21 2012

JULIA C. DUDLEY, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| SHANNON LAMAR MARTIN, | Case No. 7:11-cv-231 |
| Petitioner, | **FINAL ORDER** |
| v. | |
| HAROLD W. CLARKE, | By: James C. Turk |
| Respondent. | Senior United States District Judge |

In accordance with the accompanying Memorandum Opinion entered this day, it is hereby

**ORDERED and ADJUDGED**

that the Petition for Habeas Corpus (ECF No. 1) is **DENIED**, and the Respondent's Motion to Dismiss (ECF No. 4) is **GRANTED**. A certificate of appealability is **DENIED**.

The Clerk is directed to strike this case from the Court's active docket and to send copies of this Final Order and the accompanying Memorandum Opinion to all counsel of record.

**IT IS SO ORDERED.**

ENTER: This 21st day of March, 2012.

/s/ James C. Turk
Senior United States District Judge